1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
   DENNIS J. CANTY, ESQ. (SBN 207978)
2  EMILY CHARLEY, ESQ. (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Telephone      (415) 646-7160
   Facsimile      (415) 981-1270
5
6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 RUSSELL BURGER,                      ) Case No. C 06 1766 MJJ
                                        )
11             Plaintiff,               ) **STIPULATION AND REQUEST FOR**
                                        ) **VOLUNTARY DISMISSAL OF**
12      vs.                             ) **JANSSEN, L.P., JANSSEN**
                                        ) **PHARMACEUTICA INC., AND**
13 ASTRAZENECA PHARMACEUTICALS, *et al* ) **JOHNSON & JOHNSON**
                                        )   and Order.
14             Defendants.              )
                                        )

15         Pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff requests dismissal without prejudice of **ONLY**

16 defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC., and JOHNSON & JOHNSON,

17 from the above-captioned action. Defendants JANSSEN, L.P., JANSSEN PHARMACEUTICA INC.,

18 and JOHNSON & JOHNSON, having filed an answer in this action, stipulate to that dismissal.

19 Dated: July 10, 2006                  Dated: July 6, 2006

20 LEVIN SIMES KAISER & GORNICK LLP      DRINKER BIDDLE & REATH LLP

21

22 _____              _____
   Dennis J. Canty                      Charles F. Preuss
23 Attorneys for Plaintiff              Steven M. Selna
                                        Owen J. Rescher
24                                      Attorneys for Defendants
                                        Janssen, L.P., Janssen Pharmaceutica Inc., and
25                                      Johnson & Johnson

26 PURSUANT TO STIPULATION, IT IS SO ORDERED.

27
   Dated: 7/12/2006                     _____
28                                      United States District Court

VOLUNTARY DISMISSAL                                              PAGE 1