**A CERTIFIED TRUE COPY**

AUG 28 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
AUG 10 2006

FILED
CLERK'S OFFICE

OCT 27 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCKET NO. 1769

C 06-1766 MJJ

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-4)**

On July 6, 2006, the Panel transferred 92 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___ F.Supp.2d ___ (J.P.M.L. 2006). Since that time, 15 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 28 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: _____
Deputy Clerk

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT
OF FLORIDA
2006 SEP -1  PM 2: 58

## SCHEDULE CTO-4 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A.#**           **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3  06-666              Beverly Getchall v. AstraZeneca Pharmaceuticals, LP, et al.
  CAN 3  06-1766             Russell L. Burger v. AstraZeneca Pharmaceuticals, LP, et al.

MASSACHUSETTS
  MA  1  06-10709            Mellisa Andrew, et al. v. AstraZeneca LP, et al.
  MA  1  06-10713            Valerie Abeyta, et al. v. AstraZeneca LP, et al.
  MA  1  06-10723            Paul Adams, et al. v. AstraZeneca LP, et al.
  MA  1  06-10724            James I. Adams, et al. v. AstraZeneca LP, et al.
  MA  1  06-10726            Pamela J. Adair, et al. v. AstraZeneca LP, et al.
  MA  1  06-10727            Larry Adkins, et al. v. AstraZeneca LP, et al.
  MA  1  06-10728            Erin K. Arnold, et al. v. AstraZeneca LP, et al.
  MA  1  06-10729            Natalie Aguirre, et al. v. AstraZeneca LP, et al.
  ~~MA  1  06-11100~~            ~~Edna J. Beland v. AstraZeneca LP, et al.~~    Opposed 8/28/06

MISSOURI WESTERN
  MOW 4  05-1255            Antoinette Harper v. James True, M.D., et al.

MISSISSIPPI SOUTHERN
  MSS 3  06-280              Lenora Carter v. AstraZeneca Pharmaceuticals, LP

| SCHEDULE A - CASE LIST FROM ORIGINAL MDL TRANSFER ORDER (7/6/06) | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 7-19-06 / SECOND LETTER OF REQUEST DATED 9-8-06***** | | |
| CASE STYLE | ND CA(SF) CASE NUMBER | MD FL CASE NUMBER |
| Baytos v. AstraZeneca, et al. | 3:06-cv-556 | 6:06-cv-964-Orl-22DAB |
| Bobal v. AstraZeneca, et al. | 3:06-cv-547 | 6:06-cv-969-Orl-22DAB |
| Hess v. AstraZeneca, et al. | 3:06-cv-572 | 6:06-cv-989-Orl-22DAB |

| SCHEDULE C - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER -2 (8/14/06) (*Amended Per Panel's Order Lifting Stay filed 9/5/06) | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 9-7-06***** | | |
| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
| *Roberts v. AstraZeneca, et al. | 3:06-cv-667 | 6:06-cv-1332-Orl-22DAB |
| *Maxwell v. AstraZeneca, et al. | 3:06-cv-1935 | 6:06-cv-1333-Orl-22DAB |

| SCHEDULE D - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER -3 (8/25/06) | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 8-31-06***** | | |
| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
| Polis v. AstraZeneca, et al. | 3:06-cv-676 | 6:06-cv-1286-Orl-22DAB |
| Cannon v. AstraZeneca, et al. | 3:06-cv-1283 | 6:06-cv-1287-Orl-22DAB |
| Shearman v. AstraZeneca, et al. | 3:06-cv-1311 | 6:06-cv-1289-Orl-22DAB |
| Niemann v. AstraZeneca, et al. | 3:06-cv-1315 | 6:06-cv-1290-Orl-22DAB |
| Naramore v. AstraZeneca, et al. | 3:06-cv-1394 | 6:06-cv-1292-Orl-22DAB |
| Birkner v. AstraZeneca, et al. | 3:06-cv-1403 | 6:06-cv-1293-Orl-22DAB |
| Marsiglia, et al. v. AstraZeneca, et al. | 3:06-cv-1449 | 6:06-cv-1294-Orl-22DAB |
| Thomas v. AstraZeneca, et al. | 3:06-cv-1454 | 6:06-cv-1295-Orl-22DAB |
| Gaiman v. AstraZeneca, et al. | 3:06-cv-1500 | 6:06-cv-1297-Orl-22DAB |
| Coppola v. AstraZeneca, et al. | 3:06-cv-1531 | 6:06-cv-1299-Orl-22DAB |
| Copeland v. AstraZeneca, et al. | 3:06-cv-1564 | 6:06-cv-1301-Orl-22DAB |
| Fromosky v. AstraZeneca, et al. | 3:06-cv-1763 | 6:06-cv-1302-Orl-22DAB |

| SCHEDULE E - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER - 4 (9/1/06) | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 9-7-06***** | | |
| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
| Burger v. AstraZeneca, et al. | 3:06-cv-1766 MJJ | 6:06-cv-1315-Orl-22DAB |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407/835-4200

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando Division Manager

September 7, 2006

Mr. Richard W. Weiking, Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102-3434

RE: MDL-1769 – In Re: Seroquel Products Liability Litigation

Dear Mr. Weiking:

Enclosed is one certified copy of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6, R.P.J.P.M.L., 120 F.R.D. 251, which deals specifically with the transfer of files, is enclosed for your convenience.

Please send your original case file below and a certified copy of the docket sheet to:

U.S. District Court
80 N. Hughey Ave., Suite 300
Orlando, FL 32801

Due to the large volume of cases on this Conditional Transfer Order, it would be very much appreciated if you could be sure to reference the Middle District of Florida's case number on each of your cases. If you have any questions, please contact me at 407-835-4203.

Sincerely,

Mollie A. Pleicones
Deputy Clerk

Enclosures
c: Michael J. Beck, Clerk, MDL Panel

| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Getchall v. AstraZeneca, et al. | 3:06-cv-666 | 6:06-cv-1314-Orl-22DAB |
| Burger v. AstraZeneca, et al. | 3:06-cv-17 | 6:06-cv-1315-Orl-22DAB |